DENNIS S. WAKS, BAR #142581
Attorney at Law
455 Capitol Mall, Suite 350
Sacramento, California 95814
Tel: (916) 498-9871 Fax: (916) 441-6553
denniswaks@gmail.com

Attorney for Defendant
TOU FUE LOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. CR.S. 13-385-JAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| V. | ) ) | Date: February 25, 2014 |
| TOU FUE LOR | ) ) | Time: 9:45 a.m. Judge: Hon. JOHN A. MENDEZ |
| Defendant. | ) ) ) | |

    It is hereby stipulated and agreed to by the United States of America through MICHELLE RODRIGUEZ, Assistant United States Attorney, and defendant, TOU LOR, by and though his counsel, DENNIS S. WAKS, that the status conference set for January 7, 2014, be continued to a status conference on Tuesday, February 25, 2014, at 9:45 a.m. This continuance is being requested because defense counsel needs additional time to prepare, to review discovery, and to interview witnesses. Counsel has received a proposed plea agreement and will need additional time to review the agreement and go over it with Mr. Lor.

    Furthermore, the parties stipulate and agree that the interest of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. (18 U.S.C. §3161(h)(7)(A)). Speedy trial time is to be excluded from the date of this order through the date of the status conference set for February 25, 2014, pursuant to 18 U.S.C. § 3161

-1-

(h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 3, 2014				Respectfully submitted,


						/s/ Dennis S. Waks

						DENNIS S. WAKS
						Attorney for Defendant
						TOU FUE LOR


DATED: January 3, 2014				BENJAMIN B. WAGNER
						United States Attorney


						/s/ Dennis S. Waks for

						MICHELLE RODRIGUEZ
						Assistant U.S. Attorney

**O R D E R**

Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.  Time is excluded from computation of time within which the trial of this matter must be commenced beginning from the date of the stipulation through and including February 25, 2014, pursuant to 18 U.S.C. §  3161(h)(7)(A) and (B)(iv) [reasonable time for defense counsel to prepare] and Local Code T4.  A new status conference date is hereby set for February 25, 2014, at 9:45 a.m.

DATED:  1/6/2014			/s/ John A. Mendez
					JOHN A. MENDEZ
					 United States District Court Judge