McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    v.<br><br>TOU FUE LOR,<br><br>    Defendant. | CR NO. 13-385-KJM<br>CR NO. 18-073-KJM<br><br>STIPULATION RE RESTITUTION, MOTION TO VACATE OCTOBER 22, 2018 RESTITUTION HEARING AND ORDER |

HEREBY, it is stipulated between the United States of America, through Assistant U.S. Attorney Michelle Rodriguez, and Defendant, Tou Fue Lor, through his counsel, Dennis S. Waks, that (1) Lor shall be ordered to pay restitution of $500.00 only to victim Kimberly D. (whose true name and address are known to the US Probation Office in the Eastern District of California). Defense Counsel Waks has spoken with defendant Lor and certifies, by his signature hereto, that defendant Lor is in agreement that the Court enter the $500 restitution Order to victim Kimberly D.

The parties further stipulate as follows: (2) the $500 payment and no more is warranted under 18 USC 3663(b)(6); (3) the $500 payment is appropriate as restitution to the victim for her time reasonably spent in attempting to remediate the intended or actual harm incurred by the victim (including for credit monitoring services), (4) the $500 payment is fully satisfactory to victim Kimberly D; (5) no other victim appears reasonably similar to victim Kimberly D. and no other victim has demonstrated by

STIPULATION AND ORDER

1

appropriate claim similar remedial expense; and, accordingly, (6) the parties agree that no other restitution is appropriate.[1]

WHEREFORE, for the reasons set forth in this stipulation, the parties move the Court to enter the attached (proposed) Order, vacate the restitution hearing currently set for October 22, 2018, and Order, by indication on defendant Lor's final Judgment and Commitment, the restitution debt of $500, interest waived, to victim Kimberly D.

|  |  |
|---|---|
|  | McGREGOR W. SCOTT<br>United States Attorney |
| Dated: August 29, 2018 | By: /s/ Michelle Rodriguez<br>MICHELLE RODRIGUEZ<br>Assistant United States Attorney |
| Dated: August 29, 2018 | By: /s/ Dennis S. Waks<br>DENNIS S. WAKS<br>COUNSEL FOR DEFENDANT LOR |

---

[1] On August 28, 2018, the undersigned federal prosecutor, in the company of several personnel from the US Attorney Office's Victim Witness Unit, spoke with victim Kimberly D. During the telephonic communication victim Kimberly D. expressed clear agreement with $500 as compromise for restitution. Victim Kimberly D. indicated her understanding that the $500 restitution amount fully resolved her interest if any in further proceedings in the underlying cases, Cr 13-385 and Cr 18-073.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CR NO. 13-385-KJM |
|---|---|
| Plaintiff, | CR NO. 18-073-KJM |
| v. | ORDER |
| TOU FUE LOR, | |
| Defendant. | |

The August 29, 2018 Stipulation Re Restitution between the United States of America, through Assistant U.S. Attorney Michelle Rodriguez, and Defendant, Tou Fue Lor, through his counsel, Dennis S. Waks, is hereby entered as an Order of the Court.

IT IS HEREBY FURTHER ORDERED THAT (1) Lor shall pay restitution of $500.00, interest waived, to victim Kimberly D, (2) the $500 payment is warranted under 18 USC 3663(b)(6) for the victim's time reasonably spent in attempting to remediate the intended or actual harm incurred by the victim, (3) no other victim appears reasonably similar to victim Kimberly D. and no other victim has demonstrated by appropriate claim similar remedial expense; and (4) the Judgment and Commitment Order shall reflect the $500, interest waived, restitution to victim Kimberly D.

IT IS FURTHER ORDERED THAT the clerk of court shall vacate the restitution hearing currently set for October 22, 2018.

SO ORDERED.

DATED: August 31, 2018.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER  4